IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


**DAVID SCOTT CARLYLE**                                            **PETITIONER**

v.                      NO. 2:17-cv-00103 JM

**GENE BEASLEY, Warden, FCI-Forrest City**                    **RESPONDENT**


## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful review of the recommendation, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Davis Scott Carlyle is dismissed, and all requested relief is denied. Judgment will be entered for respondent Gene Beasley.

IT IS SO ORDERED this 17th day of October, 2017.


_____
UNITED STATES DISTRICT JUDGE