IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID SCOTT CARLYLE                                             PETITIONER

v.                          NO. 2:17-cv-00103 JM

GENE BEASLEY, Warden, FCI-Forrest City                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Gene Beasley.

IT IS SO ORDERED this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE